JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VILLASENOR, an individual, | CASE NO.: CV10-7118 VBF (FFMx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING CASE** |
| ERICA LYNN BRACHFELD, an individual; THE BRACHFELD LAW GROUP, a California professional corporation; and DOES 1- 10, inclusive, | |
| Defendants. | |

Based upon the parties' stipulation, it is hereby ordered that the above-captioned lawsuit is hereby dismissed in its entirety.

This case is CLOSED and all future dates are taken off calendar.

DATED: February 24, 2011

*Valerie Baker Fairbank*
JUDGE OF THE U.S. DISTRICT COURT

1